**No. 51914.**—American Sponge & Chamois Co., Inc. *v.* United States, protests 121854–K, etc. (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of new grass sponges the same in all material respects as those the subject of *James H. Rhodes & Co.* v. *United States* (18 Cust. Ct. 62, C. D. 1045). In accordance therewith the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, SEPTEMBER 25, 1947

**No. 51915.**—H. A. Caesar & Co. *v.* United States, protests 865101–G, etc. (New York).

Opinion by KINCHELOE, J. It appeared from the testimony that the merchandise in question is of the same dutiable character as the umbrella cloth covered by *Caesar & Co.* v. *United States* (4 Cust. Ct. 34, C. D. 278), *id.* v. *id.* (6 Cust. Ct. 455, C. D. 515), and Abstract 50363. The protests were therefore sustained as to either of the claims made, according to the dates of entry or withdrawal from warehouse, but overruled in all other respects.

BEFORE THE THIRD DIVISION, SEPTEMBER 25, 1947

**No. 51916.**—F. W. Woolworth Co. *v.* United States, protest 33062–K (Boston).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *Joseph Schmidt, Inc.* v. *United States* (9 Cust. Ct. 188, C. D. 690) the claim of the plaintiff was sustained.

**No. 51917.**—B. Shackman & Co. *v.* United States, protest 970676–G (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *Joseph Schmidt, Inc.* v. *United States* (9 Cust. Ct. 188, C. D. 690) the claim of the plaintiff was sustained.